**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| DAVID JAMES CONNOLLY, | § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Case No. 1:26-cv-00310-ADA-DH |
| EQUIFAX INFORMATION SERVICES LLC, | | |
| Defendant. | | |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE THAT, Jennifer R. Brooks, an attorney with the law firm SEYFARTH SHAW LLP, hereby enters her appearance as attorney for Defendant Equifax Information Services LLC, in the above captioned matter and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon her.

DATED:  May 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 24103791
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6730

*Counsel for Defendant
Equifax Information Services LLC*

326220967v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> David James Connolly
> 2105 Comal Street
> Apartment B4, 324B
> Austin, TX  78722
>
> *Plaintiff pro se*

_/s/ Jennifer R. Brooks_
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

326220967v.1