**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DAVID JAMES CONNOLLY,    §
    §
    Plaintiff    §
    §
    v.    §
    §    Case No. 1:26-cv-00310-ADA-DH
    §
EQUIFAX INFORMATION SERVICES    §
LLC,    §
    §
    Defendant.    §
    §

**JOINT PROPOSED SCHEDULING
ORDER AND DISCOVERY PLAN**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1.    The parties shall complete ADR in compliance with Local Rule CV-88 by **February 26, 2027**. A motion objecting to ADR must be filed not later than 60 days before that deadline.

2.    The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **June 4, 2026**, and each opposing party shall respond in writing by **July 25, 2026**. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further **ORDERED** to retain the written offers of settlement and responses as the Court may use these in assessing attorney's fees and court costs at the conclusion of trial.

3.    The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **June 12, 2026**.

4.    All parties asserting claims for relief shall **FILE** their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **January 8, 2027**. Parties resisting claims for relief shall **FILE** their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **February 5, 2027**. All designations of rebuttal experts shall be **FILED**, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be **SERVED**, within 14 days of receipt of the report of the opposing expert.

5.    An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection, and identifying the objectionable testimony, within 14 days of receipt of the written report of the expert's proposed testimony, or within 14 days of the expert's deposition, if a deposition is taken, whichever is later.

6.    The parties shall complete all discovery on or before **March 5, 2027**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery. 6. All dispositive motions shall be filed no later than **May 31, 2027**.

**The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

7.    This case is set for pretrial conference on _____, at _____ and set for jury trial on _____, at_____. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

8.    The parties should consult Local Rule CV-16 regarding matters to be filed in advance of trial. The parties, however, are exempted from that portion of Local Rule CV-16 requiring that seven days prior to trial they file "a list disclosing any objections, together with the grounds therefore, that may be made to the admissibility of any exhibits." In lieu of that requirement, the Court **ORDERS** that, after receiving the final exhibit list, the parties confer with each other to discuss, and resolve, if possible, any objections they may have to each other's exhibits. The Court further **ORDERS** that the parties be prepared to inform the Court at the final pretrial conference of the exhibits to which there is no objection, and the exhibits to which objections remain for resolution by the Court. The Court will determine at the final pretrial conference whether to address at that time any evidentiary issues which may remain, or to reserve those matters for the trial.

**SIGNED:**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID JAMES CONNOLLY, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Case No. 1:26-cv-00310-ADA-DH |
| EQUIFAX INFORMATION SERVICES LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following

schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| June 8, 2026 | Discovery commences on all issues. |
| June 12, 2026 | All motions to amend pleadings or to add parties shall be filed on or before this date. |
| March 5, 2027 | Fact Discovery Deadline. Any discovery requests must be propounded so that the responses are due by this date. |
| June 4, 2026 | The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial. |
| January 8, 2027 | Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| July 25, 2026 | Each opposing party shall respond, in writing, to the written offer of settlement made by the parties asserting claims for relief by this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of |
| February 5, 2027 | Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule |
| March 5, 2027 | Expert Discovery Deadline. Expert discovery must be completed by this date. |

| Date | Event |
|---|---|
| February 26, 2027 | Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702 |
| May 31, 2027 | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. Responses shall be filed and served on all other parties not later than 14 days after the |
| July 5, 2027 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, inter alia, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of |
| July 16, 2027 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |
| August 13, 2027 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. |
| August 30, 2027 | By this date the parties shall also submit to the Court their Motions in Limine. |
| September 13, 2027 | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. |
| September 13, 2027 | Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. This |
| October 4, 2027 | The Court will attempt to schedule Jury Selection on a day during the week of October 4, 2027. Otherwise, Jury Selection shall begin at 9:00 a.m. on Octobre 5, 2027. These dates should be during the week before the trial date. |
| October 11, 2027 | Jury Trial Commences at 9:00 a.m. The trial should start on the Monday of the first or third week of the month. |

**SIGNED** this _____day of _____ 20__.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

DATED:  May 29, 2026                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: _/s/ Jennifer R. Brooks_____
                                            Jennifer R. Brooks, Bar No. 24103791
                                            jrbrooks@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            2323 Ross Avenue, Suite 1660
                                            Dallas, Texas  75201
                                            Telephone:  (469) 608-6730

                                        *Counsel for Defendant*
                                        *Equifax Information Services LLC*

325905802v.1                                    7