# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| DAVID JAMES CONNOLLY § | |
| § | |
| vs. § | NO:  AU:26-CV-00310-ADA |
| § | |
| EQUIFAX INFORMATION SERVICES LLC § | |

## O R D ER

**BE IT REMEMBERED** on  this  the  1st day of June, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Eric F. Barton, counsel for  Equifax Information Services LLC and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Eric F. Barton may appear on behalf of Equifax Information Services LLC in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 1st day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE