**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DAVID JAMES CONNOLLY, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 1:26-cv-00310-ADA-DH |
| EQUIFAX INFORMATION SERVICES LLC, | § § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Eric F. Barton, an attorney with the law firm SEYFARTH SHAW LLP, hereby enters his appearance *pro hac vice* as attorney for Defendant Equifax Information Services LLC, in the above captioned matter and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon him.

DATED:  June 2, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Eric F. Barton*
    Eric F. Barton, *Admitted Pro Hac Vice*
    ebarton@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

326283416v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 2, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> David James Connolly
> 2105 Comal Street
> Apartment B4, 324B
> Austin, TX  78722
>
> *Plaintiff pro se*

  */s/ Eric F. Barton*
Eric F. Barton
*Counsel for Defendant*
*Equifax Information Services LLC*

326283416v.1