UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2026 JUN -8 AM 11:40
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**David James Connolly,**
Plaintiff,

v.

**Equifax Information Services LLC,**
Defendant.

Case No. 1:26-cv-00310

# PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE IN CM/ECF AND FILE DOCUMENTS ELECTRONICALLY

TO THE HONORABLE COURT:

Plaintiff David James Connolly respectfully moves the Court for leave to participate in the Court's CM/ECF electronic filing system and file documents electronically in this action.

In support thereof, Plaintiff states:

1. Plaintiff is proceeding pro se in this matter.
2. Plaintiff has actively participated in this litigation and has timely filed pleadings, responses, status reports, and scheduling materials.
3. Electronic filing would promote judicial economy, reduce administrative burden on the Clerk's Office, expedite service and receipt of filings, and facilitate efficient case management.
4. Plaintiff has regular access to a computer and reliable internet service and is capable of complying with the Federal Rules of Civil Procedure, the Local Rules of the Western District of Texas, and all CM/ECF procedures.
5. Granting electronic filing privileges would place all parties on a more equal procedural footing and improve the efficient administration of this case.
6. Granting this motion will not prejudice Defendant and will facilitate more efficient communication and case administration for all parties.
7. Plaintiff requests authorization to register for CM/ECF using the email address already associated with filings in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave for Plaintiff to register as a CM/ECF user and file documents electronically in this action, together with such other and further relief as the Court deems appropriate.

Respectfully submitted,



David James Connolly
Plaintiff, Pro Se

2105 Comal St, Austin, TX 78722
512 673 2564
David.James.Connolly.USA@gmail.com

Date: June 6, 2026

**Certificate of Service**

I certify that on June 8, 2026, a true and correct copy of this Motion was served upon counsel for Defendant through the Court's filing system and/or electronic mail.

David James Connolly

# Proposed Order

The Court, having considered Plaintiff's Motion for Leave to Participate in CM/ECF and File Documents Electronically, finds the motion should be GRANTED.

IT IS ORDERED that Plaintiff David James Connolly is authorized to register for and utilize the CM/ECF electronic filing system in this matter, subject to compliance with all applicable rules and procedures of the Court.

SIGNED this ___ day of _____, 2026.