IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DAVID JAMES CONNOLLY,
Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
Defendant.

Case No. 1:26-cv-00310-ADA-DH

PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

TO THE HONORABLE COURT:

Plaintiff David James Connolly ("Plaintiff"), appearing pro se, respectfully moves for leave to file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

I. INTRODUCTION

Plaintiff seeks leave to file a First Amended Complaint for the purpose of clarifying factual allegations and adding additional parties whose involvement is relevant to the claims asserted in this action.

The proposed amendment is sought promptly following Defendant's identification of issues concerning the corporate entities involved in the conduct alleged in the Complaint.

No discovery has occurred, no trial date has been set, and the case remains in its early stages.

Plaintiff seeks leave to amend following briefing on Defendant's Motion to Dismiss in order to add additional defendants and clarify the allegations in the Complaint.

II. LEGAL STANDARD

Federal Rule of Civil Procedure 15(a)(2) provides that a court should freely grant leave to amend when justice so requires.

The United States Supreme Court has recognized that leave to amend should generally be granted absent undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of amendment.

Plaintiff seeks amendment in good faith and for the purpose of ensuring that all relevant parties and factual allegations are properly presented before the Court.

III. BASIS FOR AMENDMENT

Defendant's Motion to Dismiss asserts, among other things, that the Complaint references conduct involving entities other than Defendant Equifax Information Services LLC.  Public filings of Equifax Inc. identify Australian operations and subsidiaries that are part of the Equifax enterprise and which Plaintiff alleges participated in, controlled, maintained, or were otherwise responsible for the conduct described in the Complaint.

Plaintiff seeks leave to amend in order to add those parties and clarify the relationships among the relevant Equifax entities.  In response to those arguments, Plaintiff seeks leave to amend to:

1.  Clarify allegations concerning the corporate structure of the Equifax enterprise;
2.  Add parties whose involvement is alleged to be relevant to the conduct at issue;
3.  Clarify the relationship between the various Equifax entities referenced in the pleadings;
4.  Provide additional factual allegations concerning ownership, control, operation, reporting responsibilities, and participation in the conduct alleged; and
5.  Present the claims in a manner that promotes resolution of the dispute on the merits.

Plaintiff has not previously amended the Complaint.  The proposed amendment is sought in response to issues identified by Defendant and will promote resolution of the parties' dispute on the merits rather than on pleading technicalities.

The proposed amendment is intended to address issues raised by Defendant and to ensure that all potentially responsible parties are properly before the Court.

IV. NO UNDUE PREJUDICE

Defendant cannot claim surprise because the proposed amendment is based substantially upon issues identified in Defendant's Motion to Dismiss. The amendment is intended to address those issues and ensure that all potentially responsible parties are properly before the Court.

The proposed amendment will not cause undue prejudice.

This action remains at a preliminary stage.  Discovery has not commenced, no scheduling order deadlines will be disrupted, and no trial date has been established.

Allowing amendment at this stage promotes judicial efficiency by permitting the issues raised by Defendant to be addressed in a single operative pleading rather than through piecemeal litigation.

V. INTERESTS OF JUSTICE

The interests of justice favor allowing amendment.

Plaintiff seeks to ensure that the Court is presented with a complete and accurate statement of the parties, factual allegations, and claims arising from the conduct at issue.

Granting leave will permit the matter to proceed on the basis of the most complete pleading available and will further the Federal Rules' preference for resolving disputes on their merits.

VI. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Grant Plaintiff leave to file the attached First Amended Complaint;
2. Direct that the First Amended Complaint be deemed filed as of the date of the Court's Order; and
3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

David James Connolly
Plaintiff, Pro Se

Date: June 17, 2026

CERTIFICATE OF SERVICE

I certify that on June 17, 2026, a true and correct copy of the foregoing

Plaintiff's Motion for Leave to File First Amended Complaint was served through

the Court's CM/ECF system upon all counsel of record.